[No. 64063-1-I. Division One. October 11, 2010.]

MUTUAL OF ENUMCLAW INSURANCE COMPANY, *Respondent*, v. ONEBEACON INSURANCE COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-21352-8, Suzanne M. Barnett, J., entered August 5, 2009. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Appelwick, JJ.

[No. 64368-1-I. Division One. October 11, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS EUGENE HALL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-02212-3, Andrea A. Darvas, J., entered October 19, 2009. *Reversed* by unpublished opinion per Appelwick, J., concurred in by Becker and Cox, JJ.

[No. 39235-6-II. Division Two. October 12, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. TRISTAN FELEPADIUDE BRIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-03837-0, Frederick W. Fleming, J., entered May 1, 2009. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt and Van Deren, JJ.

[No. 39595-9-II. Division Two. October 12, 2010.]

THE STATE OF WASHINGTON, *Respondent* v. RAFAEL RIVERA, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 05-1-01484-2, Richard D. Hicks, J., entered June 15, 2009. *Affirmed* by unpublished opinion per Penoyar, C.J., concurred in by Armstrong and Worswick, JJ.